<u>Exhibit A to Complaint</u>

U.S. Right to Know. v. United States Defense Intelligence Agency

N.D. Cal. (June 14, 2023)



August 17, 2020

Defense Intelligence Agency
ATTN: FAC2C (FOIA)
7400 Pentagon
Washington, DC 20301-7400

VIA E-mail: Brittley.Timmons@dodiis.mil

    RE:    **Freedom of Information Act request**

Dear Mr. Tumiski:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*, to the Defense Intelligence Agency ("DIA"). We are seeking a copy of the DIA report titled "China: Origins of COVID-19 Outbreak Remain Unknown" dated March 27, 2020.

If the document is denied in whole or in part, please specify which exemption(s) is (are) claimed for each passage or for the whole document being denied. Give the number of pages in the document and the total number of pages pertaining to this request and the date of document withheld. We request that excised material be "blacked out" rather than "whited out" or cut out and that the remaining non-exempt portions of the document be released as provided under the Freedom of Information Act. Please send a memo (with a copy or copies to me) to the appropriate unit(s) in your office to assure that no records related to this request are destroyed.

U.S. Right to Know is requesting a waiver of or, at a minimum, a reduction in fees related to this request. We are a 501(c)(3) nonprofit research organization based in Oakland, California. As a public interest organization, we have no commercial interest in the records that are the subject of this FOIA request and would derive no financial benefit from their disclosure. Our research has been featured many times in newspapers such as the *New York Times* and *The Guardian*, as well as in medical and public health journals such as the *BMJ*.  As with our prior work, we intend to disseminate newsworthy information to the general public by way of academic or media articles, or fact sheets, relying upon any records released in response to this FOIA request. These records, which are not publicly available at present, may shed light on foreign biosafety research networks. Such disclosure is in the public interest because it is likely to contribute to the public's understanding of dual use research of concern on dangerous pathogens in China and elsewhere.

We ask, if fees are assessed, that they not exceed $25 without first contacting our office for authorization.

Please send the documents electronically in PDF format to Sainath Suryanarayanan at sainath@usrtk.org.

Please call, rather than write Gary Ruskin, if there are any questions or if you need additional information. He can be reached at (415) 944-7350.

Exposing what the food industry *doesn't* want us to know

USRTK.ORG • 4096 PIEDMONT AVE. #963 • OAKLAND, CA 94611-5221 • (415) 944-7350

Thank you for your help in filling this FOIA request.

Sincerely,

*Sainath*

Sainath Suryanarayanan, PhD
Staff Scientist

Gary Ruskin
Executive Director