AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| U.S. RIGHT TO KNOW <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEFENSE INTELLIGENCE AGENCY <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-02936 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES DEFENSE INTELLIGENCE AGENCY
7400 Pentagon
Washington, DC 20301-7400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RACHEL S. DOUGHTY (California State Bar No. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
**NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C).**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/15/2023

*CLERK OF COURT*
*Mark B. Busby*

Felicia Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-02936

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Defense Intelligence Agency
was received by me on *(date)* June 15, 2023 .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 26, 2023

*Server's signature* — Nuria de la Fuente

Nuria de la Fuente
*Printed name and title*

2748 Adeline St. Suite A, Berkley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

Exhibit A to Summons

Additional Defendants Information

U.S. Right to Know. v. United States Defense Intelligence Agency

N.D. Cal. (June 14, 2023)

3:23-cv-02936

To Defendant:

UNITED STATES DEFENSE INTELLIGENCE AGENCY

C/O Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Ave, NW

Washington, DC 20530-001

To Defendant:

UNITED STATES DEFENSE INTELLIGENCE AGENCY

C/O U.S. Attorney's Office

ATTN: Civil Process Clerk

450 Golden Gate Avenue

San Francisco, CA 94102

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70221670000184043542

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:39 am on July 24, 2023 in WASHINGTON, DC 20310.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20310
July 24, 2023, 7:39 am

See All Tracking History

Text & Email Updates          ⌄

USPS Tracking Plus®          ⌄

Product Information          ⌄

See Less ∧

### Need More Help?

...cking support for further assistance.

FAQs



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20301   OFFICIAL USE

Certified Mail Fee  $4.35      0013
$                              01
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $
Postage   $4.23
$
Total Postage and Fees
$         $8.58
Sent To  United States Defense Intelligence Agency
Street and Apt. No., or PO Box No. 7400 Pentagon
City, State, ZIP+4 Washington, DC 20301-7400

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

(Postmark: JUL 11 2023 EMERYVILLE, CA 94608 07/11/2023)

7022 1670 0001 8404 3542