1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYBN 154284)
3  Chief, Civil Division
   VALERIE E. SMITH (NYBN 5112164)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6985
7  FAX: (415) 436-6748
   Valerie.smith2@usdoj.gov
8

9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. RIGHT TO KNOW, | ) CASE NO. 23-CV-2936 |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION** |
| v. | ) |
| DEFENSE INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff US RIGHT TO KNOW ("Plaintiff") and Defendant UNITED STATES DEFENSE INTELLIGENCE AGENCY, ("Defendant"), (collectively the "Parties), by and through their respective counsel of record, hereby submit this Stipulation pursuant to N.D. Cal. Civil Local Rule 6-1(a) establishing the deadline for Defendant to Answer or otherwise respond to the Complaint as August 23, 2023.

WHEREAS, on Plaintiff filed a Complaint on June 14, 2023. *See* ECF No. 1.

WHEREAS, on July 26, 2023, Plaintiff filed a proof of service upon the U.S. Attorney's Office for the Northern District of California and stated that the date to respond to the Complaint is August 14, 2023. *See* ECF No. 15.

WHEREAS, on July 26, 2023, the Plaintiff filed proof of service upon the U.S. Defense Intelligence Agency and stated that the date to respond to the Complaint is August 23, 2023. *See* ECF No. 16.

WHEREAS, on July 26, 2023, the Plaintiff filed proof of service of the Complaint upon the U.S. Defense Intelligence Agency c/o The United States Attorney General at 950 Pennsylvania Ave, NW, Washington DC 20530-001 as of July 24, 2023. As such, the date to answer or otherwise respond to the Complaint would be August 23, 2023. *See* ECF No. 17.

WHEREAS, the Parties, by and through their respective counsel of record, hereby stipulate that, provided service has been completed in accordance with the Federal Rules of Civil Procedure, the date for Defendant to answer or otherwise respond to the Complaint is August 23, 2023.

**IT IS SO STIPULATED.**

Dated:  August 9, 2023

                                                      PUBLIC JUSTICE

By:  /s/ *Lily Anne Rivo*
Lily Anne Rivo
2748 Adeline St. Suite A
Berkeley, CA 94703
Attorneys for Plaintiff

Dated:  August 9, 2023

By: /s/ *Valerie E. Smith**
Valerie E. Smith
Assistant United States Attorney
Attorney for Defendant

**FILER'S ATTESTATION**

**The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.*

JOINT STIPULATION
Case No.: 23-CV-2936