



**DEFENSE INTELLIGENCE AGENCY**

**WASHINGTON, D.C. 20340-5100**

FAC-2C                                                                 August 23, 2021

Sainath Suryanarayanan
4096 Piedmont Ave #963
Oakland, CA 94611

Greetings Sainath Suryanarayanan,

Thank you for submitting your FOIA request(s) with the Defense Intelligence Agency. We have the following request from you:

| Request Description | Assigned Case Number |
|---|---|
| **We are seeking a copy of the DIA report titled "China: Origins of COVID-19 Outbreak Remain Unknown" dated March 27, 2020.** | FOIA-00137-2020 |

Due to the COVID-19 pandemic our processing times were significantly impacted and extended. At this time, we are providing all of our requesters with an update regarding their cases. To manage expectations, your case will possibly be processed August 2022. This timeframe is estimated based on the coordination efforts that are required in order to review and process your case. Additionally, please note that we typically process requests in the order of receipt and that our backlog currently is in excess of 2,045 requests. Based on this information, please let us know if you would like to keep this request active.

For questions regarding your request and the current estimated completion date, <u>please reference your case number</u> and contact our FOIA Requester Service Center (email is preferred):

EMAIL: FOIA1@dodiis.mil
(for EMAIL, please include in SUBJECT LINE: ATTN/REF – FOIA-00137-2020)
TEL: 301-394-6253 (please reference your case number, so your message can be passed to the appropriate case officer)
DIA's FOIA website is: https://www.dia.mil/FOIA

If you call, please be prepared to provide the following information:
- Your Name
- Your contact information (telephone, email, address)(email is preferred)

- Your Case #
- Brief reason for your call

We regret that there is currently a substantial delay in processing requests and solicit your patience and understanding. If you would like to keep your request active, we will make every effort to process your request as soon as possible.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services that they offer. You may contact OGIS via email at ogis@nara.gov, toll-free 1-877-684-6448, phone 202-741-5770, fax 202-741-5769, or the following address:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD 20740-6001

Sincerely,

*Danyelle Black*

Steven W. Tumiski
Chief, Records Management and Information Services