```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6985
6      FAX: (415) 436-6478
       Valerie.smith2@usdoj.gov
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| US RIGHT TO KNOW, | CASE NO. 23-cv-2936-TSH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| UNITED STATES DEFENSE INTELLIGENCE AGENCY, | |
| Defendant. | |

Plaintiff, US Right to Know ("Plaintiff" or "USRTK") and Defendant, the United States Defense Intelligence Agency, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the initial case management conference and associated deadlines from September 14, 2023 to October 26, 2023 at 10:00 a.m.

**STIPULATION**

WHEREAS, Plaintiff, US Right to Know filed a Freedom of Information Act ("FOIA") complaint on June 14, 2023. ECF No. 1.

WHEREAS, the Defendant, United States Defense Intelligence Agency ("DIA" or "the Agency"), provided a final response to Plaintiff's FOIA request on August 22, 2023 and an amended final response on August 23, 2023. On August 23, 2023, the Agency filed a response to the Complaint and a corrected

1  answer on August 24, 2023. ECF Nos. 23, 24.

2      WHEREAS, the parties are working together cooperatively in this case and Plaintiff informed Defendant on August 29,2023 that it has not had sufficient time to review the Agency's final response. As such, this continuance will provide Plaintiff with the additional time necessary to review the Agency's final response and to determine whether there are any disputes remaining. If so, this continuance will also provide the parties with the necessary time to discuss any remaining issues without the need for judicial intervention.

    WHEREAS, the requested continuance is not expected to have any adverse impact on the schedule for the case and serves the judicial economy by allowing the parties additional time to attempt to resolve this matter without the need for further judicial intervention,

    AS SUCH, it is hereby stipulate by and between the parties, through the undersigned counsel that the initial case management conference, along with the associated deadlines is continued from September 14, 2023 to October 26, 2023 at 10:00 a.m.

DATED:  August 30, 2023

                                       ISMAIL J. RAMSEY
                                       United States Attorney

                                       */s/ Valerie E. Smith\**
                                       VALERIE E. SMITH
                                       Assistant United States Attorney

                                       Attorneys for the Federal Defendant


                                       */s/ Daniel C. Snyder*
                                       DANIEL C. SNYDER

                                       */s/ Lily Anne Rivo*
                                       LILY ANNE RIVO
                                       GREENFIRE LAW, PC

                                       Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference currently scheduled for September 14, 2023 at 10:00 a.m. is continued to _____. A case management statement shall be filed seven days before the case management conference.

IT IS SO ORDERED.

Date: _____          _____

THE HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE