1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6985
6      FAX: (415) 436-6478
       Valerie.smith2@usdoj.gov
7
   Attorneys for Defendant
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN FRANCISCO DIVISION
11

12 | US RIGHT TO KNOW,                    | CASE NO. 23-cv-2936-TSH
13 |     Plaintiff,                       |
14 |   v.                                 | **STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**
15 | UNITED STATES DEFENSE INTELLIGENCE AGENCY, |
16 |     Defendant.                       |

17

18      Plaintiff, US Right to Know ("Plaintiff" or "USRTK") and Defendant, the United States Defense

19 Intelligence Agency, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the initial case

20 management conference and associated deadlines from September 14, 2023 to October 26, 2023 at 10:00

21 a.m.

22                              **STIPULATION**

23      WHEREAS, Plaintiff, US Right to Know filed a Freedom of Information Act ("FOIA") complaint

24 on June 14, 2023. ECF No. 1.

25      WHEREAS, the Defendant, United States Defense Intelligence Agency ("DIA" or "the Agency"),

26 provided a final response to Plaintiff's FOIA request on August 22, 2023 and an amended final response

27 on August 23, 2023. On August 23, 2023, the Agency filed a response to the Complaint and a corrected

28

1  answer on August 24, 2023. ECF Nos. 23, 24.

2  WHEREAS, the parties are working together cooperatively in this case and Plaintiff informed Defendant on August 29,2023 that it has not had sufficient time to review the Agency's final response. As such, this continuance will provide Plaintiff with the additional time necessary to review the Agency's final response and to determine whether there are any disputes remaining. If so, this continuance will also provide the parties with the necessary time to discuss any remaining issues without the need for judicial intervention.

WHEREAS, the requested continuance is not expected to have any adverse impact on the schedule for the case and serves the judicial economy by allowing the parties additional time to attempt to resolve this matter without the need for further judicial intervention,

AS SUCH, it is hereby stipulate by and between the parties, through the undersigned counsel that the initial case management conference, along with the associated deadlines is continued from September 14, 2023 to October 26, 2023 at 10:00 a.m.

DATED:  August 30, 2023

ISMAIL J. RAMSEY
United States Attorney

*/s/ Valerie E. Smith*\*
VALERIE E. SMITH
Assistant United States Attorney

Attorneys for the Federal Defendant

*/s/ Daniel C. Snyder*
DANIEL C. SNYDER

*/s/ Lily Anne Rivo*
LILY ANNE RIVO
GREENFIRE LAW, PC

Attorneys for Plaintiff

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference currently scheduled for September 14, 2023 at 10:00 a.m. is continued to  10/26/23 .  A case management statement shall be filed seven days before the case management conference.

IT IS SO ORDERED.

Date: August 31, 2023

THE HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE