ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    FAX: (415) 436-6478
    Valerie.smith2@usdoj.gov

Attorneys for Defendant

**FILED**

Oct 20 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEFENSE INTELLIGENCE AGENCY,<br><br>    Defendant. | CASE NO. 23-cv-2936-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

Plaintiff, US Right to Know ("Plaintiff" or "USRTK") and Defendant, the United States Defense Intelligence Agency, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the initial case management conference and associated deadlines from October 26, 2023 to November 30, 2023 at 10:00 a.m.

## STIPULATION

WHEREAS, Plaintiff, US Right to Know filed a Freedom of Information Act ("FOIA") complaint on June 14, 2023. ECF No. 1.

WHEREAS, the Defendant, United States Defense Intelligence Agency ("DIA" or "the Agency"), provided a final response to Plaintiff's FOIA request on August 22, 2023 and an amended final response on August 23, 2023. On August 23, 2023, the Agency filed a response to the Complaint and a corrected answer on August 24, 2023. ECF Nos. 23, 24.

WHEREAS, the parties are working together cooperatively in this case. On August 23, 2023, Defendant provided Plaintiff with an amended response to Plaintiff's FOIA request which included one agency record responsive to the Request, and one agency record on which exemptions have been applied. On August 31, 2023, the Court entered a Stipulation and Order extending the initial case management conference and all associated deadlines from September 14, 2023 to October 26, 2023. ECF No. 25.

On September 5, 2023, Plaintiff requested that Defendant provide a short *Vaughn* Index for the information withheld according to the production. Defendant sent a preliminary *Vaughn* Index to counsel for Plaintiff on October 3, 2023. On October 5, 2023, Plaintiff informed Defendant that in order to review the exemptions, it needed a clearer copy of Defendant's *Vaughn* Index. As of today, Defendant is working to provide Plaintiff with a second version of the *Vaughn* Index and anticipates being able to provide it by November 2, 2023. As such, this continuance will provide Defendant with sufficient time to obtain a second version of the Index. This continuance will also provide Plaintiff with the additional time necessary to review the Index and determine whether there are any disputes remaining. If so, this continuance will provide the parties with the necessary time to discuss any remaining issues without the need for judicial intervention.

WHEREAS, the requested continuance is not expected to have any adverse impact on the schedule

for the case and serves the judicial economy by allowing the parties additional time to attempt to resolve this matter without the need for further judicial intervention,

AS SUCH, it is hereby stipulated by and between the parties, through the undersigned counsel that the initial case management conference, along with the associated deadlines is continued from October 26, 2023 to November 30, 2023 at 10:00 a.m.

DATED: October 19, 2023

ISMAIL J. RAMSEY
United States Attorney

*/s/ Valerie E. Smith*\*
VALERIE E. SMITH
Assistant United States Attorney

Attorneys for the Federal Defendant

*/s/ Daniel C. Snyder*
DANIEL C. SNYDER

*/s/ Lily Anne Rivo*
LILY ANNE RIVO
GREENFIRE LAW, PC

Attorneys for Plaintiff

\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference currently scheduled for October 26, 2023 at 10:00 a.m. is continued to  11/30/2023 at 10:00 AM.  A case management statement shall be filed seven days before the case management conference.

IT IS SO ORDERED.

Date:   October 20, 2023

THE HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES
NO. 23-CV-2936 TSH                               4