1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6985
6       FAX: (415) 436-6478
        Valerie.smith2@usdoj.gov
7
   Attorneys for Defendant
8
                            UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11

12 | US RIGHT TO KNOW,                    | CASE NO. 23-cv-2936-TSH
13 |         Plaintiff,                   |
14 |     v.                               | **STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**
15 | UNITED STATES DEFENSE INTELLIGENCE AGENCY, |
16 |         Defendant.                   |

Plaintiff, US Right to Know ("Plaintiff" or "USRTK") and Defendant, the United States Defense Intelligence Agency, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the initial case management conference and associated deadlines from November 30, 2023 to January 4, 2024 at 10:00 a.m.

## STIPULATION

WHEREAS, Plaintiff, US Right to Know filed a Freedom of Information Act ("FOIA") complaint on June 14, 2023. ECF No. 1.

WHEREAS, the Defendant, United States Defense Intelligence Agency ("DIA" or "the Agency"), provided a final response to Plaintiff's FOIA request on August 22, 2023 and an amended final response on August 23, 2023. On August 23, 2023, the Agency filed a response to the Complaint and a corrected answer on August 24, 2023. ECF Nos. 20, 21.

WHEREAS, the parties are working together cooperatively in this case. On August 23, 2023, Defendant provided Plaintiff with an amended response to Plaintiff's FOIA request which included one agency record responsive to the Request, and one agency record on which exemptions have been applied. On August 31, 2023, the Court entered a Stipulation and Order extending the initial case management conference and all associated deadlines from September 14, 2023 to October 26, 2023. ECF No. 25. On October 20, 2023, the Court entered a Stipulation and Order extending the initial case management conference and all associated deadlines from October 26, 2023 to November 30, 2023 to allow the parties additional time to resolve the merits of this action without judicial intervention. ECF No. 27.

WHEREAS, on or about November 2, 2023, the parties reached an agreement as to the merits of Plaintiff's FOIA request and agreed that the substantive issues related to the merits were resolved. As such, the issue of attorneys' fees is the sole remaining issue. Although Defendant does not concede that Plaintiff is either eligible or entitled to attorneys' fees in this matter; the parties would benefit from additional time to attempt to resolve this issue without the need for judicial intervention.

WHEREAS, the requested continuance is not expected to have any adverse impact on the schedule for the case and serves the judicial economy by allowing the parties additional time to attempt to resolve this matter without the need for further judicial intervention, hereby STIPULATED by and between the

parties, through the undersigned counsel that the initial case management conference, along with the associated deadlines is continued from November 30, 2023 at 10:00 a.m. to January 4, 2024 at 10:00 a.m.

DATED: November 20, 2023

ISMAIL J. RAMSEY
United States Attorney

*/s/ Valerie E. Smith\**
VALERIE E. SMITH
Assistant United States Attorney

Attorneys for the Federal Defendant

DATED: November 20, 2023

*/s/ Daniel C. Snyder*
DANIEL C. SNYDER

*/s/ Lily Anne Rivo*
LILY ANNE RIVO
GREENFIRE LAW, PC

Attorneys for Plaintiff

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference currently scheduled for November 30, 2023 at 10:00 a.m. is continued to January 4, 2024 at 10:00 a.m.  A case management statement shall be filed seven days before the case management conference.

IT IS SO ORDERED.

Date: _____   _____

THE HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE