ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6985
      FAX: (415) 436-6478
      Valerie.smith2@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES DEFENSE<br>INTELLIGENCE AGENCY,<br><br>     Defendant. | CASE NO. 23-cv-2936-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

Plaintiff, US Right to Know ("Plaintiff" or "USRTK") and Defendant, the United States Defense Intelligence Agency, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the initial case management conference and associated deadlines from January 4, 2024 to February 15, 2024 at 10:00 a.m.

## STIPULATION

WHEREAS, Plaintiff, US Right to Know filed a Freedom of Information Act ("FOIA") complaint on June 14, 2023. ECF No. 1.

WHEREAS, the Defendant, United States Defense Intelligence Agency ("DIA" or "the Agency"), provided a final response to Plaintiff's FOIA request on August 22, 2023 and an amended final response on August 23, 2023. On August 23, 2023, the Agency filed a response to the Complaint and a corrected answer on August 24, 2023. ECF Nos. 20, 21.

WHEREAS, the parties are working together cooperatively in this case. On August 23, 2023, Defendant provided Plaintiff with an amended response to Plaintiff's FOIA request which included one agency record responsive to the Request, and one agency record on which exemptions have been applied. On August 31, 2023, the Court entered a Stipulation and Order extending the initial case management conference and all associated deadlines from September 14, 2023 to October 26, 2023. ECF No. 25. On October 20, 2023, the Court entered a Stipulation and Order extending the initial case management conference and all associated deadlines from October 26, 2023 to November 30, 2023 to allow the parties additional time to resolve the merits of this action without judicial intervention. ECF No. 27.

WHEREAS, on or about November 2, 2023, the parties reached an agreement as to the merits of Plaintiff's FOIA request and agreed that the substantive issues related to the merits were resolved.

WHEREAS, on November 20, 2023, the Court entered a Stipulation and Order extending the initial case management conference and all associated deadlines from November 30, 2023 to January 4, 2023 to allow the parties additional time to resolve the sole remaining issue of attorneys' fees without judicial intervention. ECF No. 29. Currently, Plaintiff has already provided a settlement demand. Although Defendant does not concede that Plaintiff is either eligible or entitled to attorneys' fees in this matter; Defendant requires additional time to be able to fully respond and the parties would benefit from additional

1  time to attempt to resolve this issue without the need for judicial intervention.

2      WHEREAS, the requested continuance is not expected to have any adverse impact on the schedule

3  for the case and serves the judicial economy by allowing the parties additional time to attempt to resolve

4  this matter without the need for further judicial intervention, hereby STIPULATED by and between the

5  parties, through the undersigned counsel that the initial case management conference, along with the

6  associated deadlines is continued from January 4, 2024 to February 15, 2024 at 10:00 a.m.

7  DATED:  December 22, 2023                ISMAIL J. RAMSEY
                                           United States Attorney
8
9                                          */s/ Valerie E. Smith*_____
                                           VALERIE E. SMITH
10                                         Assistant United States Attorney

11 DATED:  December 22, 2023                Attorneys for the Federal Defendant

12                                         */s/ Daniel C. Snyder*_____
                                           DANIEL C. SNYDER
13
14                                         */s/ Lily Anne Rivo*_____
                                           LILY ANNE RIVO
15                                         GREENFIRE LAW, PC

16                                         Attorneys for Plaintiff

17 *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury
   that all signatories have concurred in the filing of this document.*
18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2        Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED

3 that the case management conference currently scheduled for January 4, 2024 at 10:00 a.m. to February

4 15, 2024 at 10:00 a.m.   A case management statement shall be filed seven days before the case

5 management conference.

6 IT IS SO ORDERED.

7 Date: _____                        _____

8                                                       THE HON. THOMAS S. HIXSON
                                                        UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28