ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    FAX: (415) 436-6478
    Valerie.smith2@usdoj.gov

Attorneys for Defendant

**FILED**

Feb 08 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-cv-2936-TSH |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| UNITED STATES DEFENSE INTELLIGENCE AGENCY, | |
| Defendant. | |

Plaintiff, US Right to Know ("Plaintiff" or "USRTK") and Defendant, the United States Defense Intelligence Agency, are pleased to inform the Court that having resolve the merits of Plaintiff's claim, the Parties have settled the remaining issue of attorney's fees and a stipulation of settlement for the Court's approval is forthcoming. In light of this resolution, the Parties request the Court vacate that the Case Management Conference scheduled for February 15, 2024 at 10:00 a.m.

DATED: February 8, 2024

ISMAIL J. RAMSEY
United States Attorney

*/s/ Valerie E. Smith*\*
VALERIE E. SMITH
Assistant United States Attorney

Attorneys for the Federal Defendant

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

NOTICE OF SETTLEMENT
NO. 23-CV-2936 TSH                                   2

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the case management conference currently scheduled for February 15, 2024 at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Date: February 8, 2024

THE HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE