1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney

4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6985
6      FAX: (415) 436-6478
       Valerie.smith2@usdoj.gov

7
   Attorneys for Defendant

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  US RIGHT TO KNOW,                    )  CASE NO. 23-cv-2936 TSH
                                         )
13      Plaintiff,                       )  **STIPULATION OF SETTLEMENT**
                                         )
14      v.                               )
                                         )
15  UNITED STATES DEFENSE                )
    INTELLIGENCE AGENCY,                 )
16                                       )
                                         )
        Defendant.                       )
17

18

19

20

21

22

23

24

25

26

27

28

1  IT IS HEREBY STIPULATED by and between the undersigned Plaintiff and Defendant, by

2  and through their respective attorneys, as follows:

3  1.  Defendant shall pay $10,000.00 (TEN THOUSAND DOLLARS) to Plaintiff in full

4  and complete satisfaction of Plaintiff's claims for attorneys' fees, costs, and litigation expenses

5  under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, in the above-

6  captioned matter.  This payment shall constitute full and final satisfaction of any and all of

7  Plaintiff's claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter,

8  and is inclusive of any interest.  Payment of this money will be made by electronic funds transfer

9  promptly after notification of the Court's entry of this Stipulation and after receipt of necessary

10  information from Plaintiff to effectuate the payment.  Defendant will make all reasonable efforts to

11  make payment within sixty (60) days after Plaintiff's counsel has provided all necessary information

12

13  to effectuate the payment.

14  2.  Upon the execution of this Stipulation, Plaintiff, having received the records it

15  requested, hereby releases and forever discharges Defendant, its successors, the United States of

16  America, and any department, agency, or establishment of the United States, and any officers,

17  employees, agents, successors, or assigns of such department, agency, or establishment, from any

18  and all claims and causes of action that Plaintiff asserts or could have asserted in this litigation, or

19  which hereafter could be asserted, with regard to the specific FOIA requests on which this action is

20  based or the records sought thereby, including but not limited to all past, present, or future claims for

21  attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

22  3.  The provisions of California Civil Code Section 1542 are set forth below:

23  "A general release does not extend to claims that the creditor or releasing party does not
24  know or suspect to exist in his or her favor at the time of executing the release and that, if
     known by him or her, would have materially affected his or her settlement with the debtor or
25  released party."

26  4.  Plaintiff having been apprised of the statutory language of Civil Code Section 1542

27  by Plaintiff's attorney, and fully understanding the same, nevertheless elects to waive the benefits of

28

1  any and all rights Plaintiff may have pursuant to the provision of that statute and any similar

2  provision of federal law.  Plaintiff understands that, if the facts concerning any injuries, liability for

3  damages pertaining thereto, or liability for attorneys' fees, costs or litigation expenses are found

4  hereafter to be other than or different than the facts now believed by it to be true, this Stipulation

5  shall be and remain effective notwithstanding such material difference.

6       5.     Execution of this Stipulation and its approval by the Court shall constitute dismissal

7  of this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

8       6.     The parties acknowledge that this Stipulation is entered into solely for the purpose of

9  settling and compromising any remaining claims in this action without further litigation, and it shall

10  not be construed as evidence or as an admission on the part of Defendant, the United States, its

11  agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of

12  any allegation or claim raised in this action, or as evidence or as an admission by the Defendant

13  regarding Plaintiff's entitlement to attorneys' fees, costs, or other litigation expenses under FOIA.

14  This Stipulation shall not be used in any manner to establish liability for fees or costs in any other

15  case or proceeding involving Defendant.

16       6.     This Stipulation is binding upon and inures to the benefit of the parties hereto and

17  their respective successors and assigns.

18       7.     If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the

19  validity, legality, and enforceability of the remaining provisions shall not in any way be affected or

20  impaired thereby.

21       8.     This Stipulation shall constitute the entire agreement between the parties, and it is

22  expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by

23  the parties hereto.  The parties further acknowledge that no warranties or representations have been

24  made on any subject other than as set forth in this Stipulation.

25       9.     The persons signing this Stipulation warrant and represent that they possess full

26  authority to bind the persons on whose behalf they are signing to the terms of the Stipulation.

27       10.     This Stipulation may not be altered, modified or otherwise changed in any respect

28  except in writing, duly executed by all of the parties or their authorized representatives.

1    11.    It is contemplated that this Stipulation may be executed in several counterparts, with a

2  separate signature page for each party.  All such counterparts and signature pages, together, shall be

3  deemed to be one document.

4

5  IT IS SO STIPULATED.

6                                                     PUBLIC JUSTICE

7  DATED: February  13, 2024          By: _____
                                                      DAN C. SNYDER
8                                                     Public Justice
                                                      Attorneys for Plaintiff
9

10                                                   ISMAIL J. RAMSEY
                                                      United States Attorney
11

12 DATED:  March 6, 2024          By:   *Valerie E. Smith*
                                                      VALERIE E. SMITH
13                                                  Assistant United States Attorney
                                                      Attorney for Defendant
14

15 *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory
   has concurred in the filing of this document.*
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF SETTLEMENT AND RELEASE
No. 23-cv-2936 TSH                              4